**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

J.C.E.,                                    :
                                           :
        Petitioner,                 :
                                           :
v.                                         :    Case No. 4:26-cv-881-CDL-ALS
                                           :
Warden, STEWART DETENTION                  :
CENTER,                                    :
                                           :
        Respondent.                 :
_____

## ORDER

On June 30, 2026, Respondents filed a Motion to Dismiss to Petitioner's application for habeas relief. (ECF Nos. 1, 4). As of July 24, 2026, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System. U.S. Immigration & Customs Enforcement, https://locator.ice.gov/odls/#/search (last accessed July 24, 2026). Consequently, Respondents are ordered to provide a status report with updated information regarding Petitioner's current location within **fourteen (14) days** of the date of this Order.

**SO ORDERED**, this 24th day of July, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE